UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| ALBERT W. BEDDOW, JR.,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant. | NO.  CV-10-0100-JPH<br><br>**JUDGMENT IN A<br>CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**. The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED this 21 day of September, 2011.

　　　　　　　　　　　　　　　JAMES R. LARSEN
　　　　　　　　　　　　　　　District Court Executive/Clerk



　　　　　　　　　　　　　by:    s/Pamela A. Howard
　　　　　　　　　　　　　　　　　　Deputy Clerk



cc: all counsel